USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

          Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 173.62.30.218,

          Defendant.

25 Civ. 2007 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated June 9, 2025, Plaintiff informed the Court that it filed this action against an unknown internet user assigned to a particular IP address. *See* ECF No. 14 at 1. Plaintiff claimed to not expect to receive a response from Defendant's internet service provider ("ISP") until September 2, 2025. Plaintiff is directed to file a status update with the court by **October 23, 2025**, concerning Plaintiff's anticipated service on Defendant.

    SO ORDERED.

Dated: October 9, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge